**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DREW BELANI; KRISTEN BRODA; BRETT BUDA; BEN DAVIS; TIM EDDY; BRITTANY GARBER; MIKE MCLAIN; JOE ROSEN; NATE SNYDER; and JOHN COCHOL,**

          **Plaintiffs,**

**-vs-**             Case No.  6:11-cv-703-Orl-31GJK

**NEW YORK EMPIRE LACROSSE, LLC, d/b/a The Orlando Titans; ROSE VALLEY INVESTMENTS, LLC; GARY ROSENBACH; and STEVE DONNER,**

          **Defendants.**

_____

# ORDER

This cause comes before the Court on the Motion for Default Judgment Against Defendants New York Empire Lacrosse, LLC, Rose Valley Investments, LLC, and Steve Donner (Doc. No. 49) filed by Plaintiffs Drew Belani, Kristen Broda, Brett Buda, Ben Davis, Tim Eddy, Brittany Garber, Mike Mclain, Joe Rosen, and Nate Snyder ("Plaintiffs") on December 2, 2011, and the Motion for Default Judgment Against Defendants New York Empire Lacrosse, LLC, Rose Valley Investments, LLC, and Steve Donner filed by Plaintiff John Cochol on December 12, 2011.

On December 30, 2011, the United States Magistrate Judge issued a report (Doc. No. 53) recommending that the motions be granted in part.  No objections have been filed.  Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **ADOPTED** and **CONFIRMED** as part of this Order.

2. Plaintiffs' Motion for Default Judgment (Doc. No. 49) is **GRANTED** on the claims for FLSA violations and breach of contract in the following amounts:

a. Belani is awarded damages totaling $24,419.10;

b. Broda is awarded damages totaling $10,401.33;

c. Buda is awarded damages totaling $12,359.93;

d. Davis is awarded damages totaling $12,636.41;

e. Eddy is awarded damages totaling $7,374.44;

f. Garber is awarded damages totaling $11,136.02;

g. McLain is awarded damages totaling $700.00;

h. Rosen is awarded damages totaling $8,720.71;

3. John Cochol's Motion for Default Judgment (Doc. No. 52) is **GRANTED** on the claims for FLSA violations and breach of contract in the amount of $10,607.00.

4. Both motions are **DENIED** on their unjust enrichment claims for the reasons stated in the Report and Recommendation.

5. The Clerk is directed to enter judgments accordingly.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 18th day of January, 2012.

                                                                                                  _____
                                                                                                  GREGORY A. PRESNELL
                                                                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party